**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| In re: | § | Case No. 13-44633-MXM |
|---|---|---|
| | § | |
| ENERGICO PRODUCTION, INC. | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

Areya Holder Aurzada, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $1,503,250.00 | Assets Exempt: | NA |
| Total Distributions to Claimants: | $92,812.29 | Claims Discharged Without Payment: | NA |
| Total Expenses of Administration: | $44,988.59 | | |

3) Total gross receipts of $237,800.88 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $100,000.00 (see **Exhibit 2**), yielded net receipts of $137,800.88 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: | | | | |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $38,261.39 | $38,261.39 | $38,261.39 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $6,727.20 | $6,727.20 | $6,727.20 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $2,621,383.87 | $2,582,864.85 | $2,502,864.85 | $92,812.29 |
| **Total Disbursements** | $2,621,383.87 | $2,627,853.44 | $2,547,853.44 | $137,800.88 |

4). This case was originally filed under chapter 0 on 10/07/2013. The case was converted to one under Chapter 7 on 02/21/2014. The case was pending for 57 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 11/19/2018  By: /s/ Areya Holder Aurzada
                       Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| JONES, ALLEN & FUQAUY TRUST ACCOUNT | 1129-000 | $237,800.88 |
| **TOTAL GROSS RECEIPTS** | | **$237,800.88** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT PAID |
|---|---|---|---|
| David Campbell | Funds to Third Parties | 8500-002 | $100,000.00 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$100,000.00** |

### EXHIBIT 3 – SECURED CLAIMS

NONE

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 16 | Weatherford International, Inc. | 4110-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Areya Holder, Trustee | 2100-000 | NA | $10,140.04 | $10,140.04 | $10,140.04 |
| Areya Holder, Trustee | 2200-000 | NA | $466.90 | $466.90 | $466.90 |
| First National Bank - Vinita | 2600-000 | NA | $5,620.96 | $5,620.96 | $5,620.96 |
| Integrity Bank | 2600-000 | NA | $8,437.38 | $8,437.38 | $8,437.38 |
| US Trustee | 2950-000 | NA | $325.00 | $325.00 | $325.00 |
| Areya Holder Aurzada, Attorney for Trustee | 3110-000 | NA | $3,705.00 | $3,705.00 | $3,705.00 |
| Areya Holder Aurzada, Attorney for Trustee | 3120-000 | NA | $97.86 | $97.86 | $97.86 |
| Weycer, Kaplan, Pulaski & Zuber, PC, Special Counsel for Trustee | 3210-600 | NA | $3,325.00 | $3,325.00 | $3,325.00 |

| Payee | Uniform Tran. Code | Claims Scheduled | Claims Asserted | Claims Allowed | Claims Paid |
|---|---|---|---|---|---|
| Sheldon Levy, Accountant for Trustee | 3410-000 | NA | $6,047.50 | $6,047.50 | $6,047.50 |
| Sheldon Levy, Accountant for Trustee | 3420-000 | NA | $95.75 | $95.75 | $95.75 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $38,261.39 | $38,261.39 | $38,261.39 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ERIC A. LIEPINS, Attorney for D-I-P | 6210-160 | NA | $5,067.00 | $5,067.00 | $5,067.00 |
| ERIC A. LIEPINS, Attorney for D-I-P | 6220-170 | NA | $1,660.20 | $1,660.20 | $1,660.20 |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | NA | $6,727.20 | $6,727.20 | $6,727.20 |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS
NONE

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Weatherford International, Inc. | 7100-000 | $600,000.00 | $661,000.00 | $661,000.00 | $24,511.49 |
| 2 | Frost Bank, formerly The Frost National Bank | 7100-000 | $372,401.00 | $578,547.78 | $578,547.78 | $21,453.95 |
| 3 | Patterson-UTI Drilling Company LLC | 7100-000 | $376,821.00 | $635,008.53 | $635,008.53 | $23,547.65 |
| 4 | Baker Hughes Oilfield Operations, Inc. | 7100-000 | $65,647.39 | $80,452.15 | $80,452.15 | $2,983.36 |
| 5 | Basic Energy Services, LP | 7100-000 | $61,305.41 | $31,305.41 | $31,305.41 | $1,160.88 |
| 6 | Express Energy Services Operating, LP | 7100-000 | $138,533.62 | $138,533.62 | $138,533.62 | $5,137.16 |
| 7 | Catlin Lilard & Co. | 7100-000 | $13,000.00 | $13,150.00 | $13,150.00 | $487.63 |
| 8 | LVNV Funding, LLC its successors and | 7100-000 | $0.00 | $2,017.82 | $2,017.82 | $74.83 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | assigns as | | | | | |
| 9 | Cactus Well Service, Inc. | 7100-000 | $0.00 | $271,504.04 | $271,504.04 | $10,068.03 |
| 10 | Tolbert Leroy Hinton | 7100-000 | $34,462.00 | $34,462.50 | $34,462.50 | $1,277.95 |
| 11 | Curtis and Joanne Rives | 7100-000 | $17,166.50 | $17,166.50 | $17,166.50 | $636.58 |
| 12 | Jerry Rives and Iris Rives | 7100-000 | $39,716.50 | $39,716.50 | $39,716.50 | $1,472.78 |
| 13 | Deephaven Investments, LLC | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14 | Walter M. Levy | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| 15 | Lester A. Levy, Jr. | 7100-000 | $37,000.00 | $0.00 | $0.00 | $0.00 |
| 17 | David Wayne Interests | 7200-000 | $80,000.00 | $80,000.00 | $0.00 | $0.00 |
| | Apollo Perforators, inc. | 7100-000 | $35,334.51 | $0.00 | $0.00 | $0.00 |
| | Basin Tool Company | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Bayou Oilfield Service | 7100-000 | $39,762.60 | $0.00 | $0.00 | $0.00 |
| | GMO& G | 7100-000 | $600,000.00 | $0.00 | $0.00 | $0.00 |
| | Jim Hatton | 7100-000 | $3,077.00 | $0.00 | $0.00 | $0.00 |
| | Jone Allen & Fuquay | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Kathy Majors | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Patterson Drilling Compnay, LLc | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Texasc CES, Inc. | 7100-000 | $66,438.86 | $0.00 | $0.00 | $0.00 |
| | Well Testing | 7100-000 | $40,717.48 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $2,621,383.87 | $2,582,864.85 | $2,502,864.85 | $92,812.29 |

| Case No.: | 13-44633-MXM | Trustee Name: | Areya Holder Aurzada |
|---|---|---|---|
| Case Name: | ENERGICO PRODUCTION, INC. | Date Filed (f) or Converted (c): | 02/21/2014 (c) |
| For the Period Ending: | 11/19/2018 | §341(a) Meeting Date: | 04/08/2014 |
| | | Claims Bar Date: | 08/14/2014 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Ref. #** | **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1 | JONES, ALLEN & FUQAUY TRUST ACCOUNT | $265,000.00 | $237,800.88 | | $237,800.88 | FA |
| 2 | JUDGMENT AGAINST CACTUS WELL SERVICE | $1,503,250.00 | $1,503,250.00 | | $0.00 | FA |
| 3 | VOID | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Debtor is a business and did not have any household goods | | | | | |
| INT | VOID | Unknown | Unknown | | $0.00 | FA |

**TOTALS (Excluding unknown value)**      **Gross Value of Remaining Assets**

| | $1,768,250.00 | $1,741,050.88 | | $237,800.88 | $0.00 |

**Major Activities affecting case closing:**

01/12/2018    Claims objections are pending. Once the claims objections are resolved, counsel and special counsel will prepared their fee applications, and the Trustee will begin preparing the estate tax return.

06/29/2016    10/30/2014 - The Trustee is awaiting the outcome of the Appeal regarding the matter of Energico Productions LLC vs. Cactus Well Service, Inc. et al., and the Trustee is evaluating property of the estate issues

10/30/2015 - Appeal is still pending.

6/6/2016 - Appeal is still pending.

6/29/2016 - Appeal is still pending in the Texas Supreme Court, and it is anticipated that it will be the Fall before a decision is made.

2/3/2017 - The appeal has recently been decided adversely to the estate, administration of the remaining assets will proceed forward.

7/28/2017 - Trustee is seeking to resolve ownership claims against estate property

| **Initial Projected Date Of Final Report (TFR):** | 06/01/2016 | **Current Projected Date Of Final Report (TFR):** | 03/30/2018 | /s/ AREYA HOLDER AURZADA |
|---|---|---|---|---|
| | | | | AREYA HOLDER AURZADA |

| Case No. | 13-44633-MXM | Trustee Name: | Areya Holder Aurzada |
|---|---|---|---|
| Case Name: | ENERGICO PRODUCTION, INC. | Bank Name: | First National Bank - Vinita |
| Primary Taxpayer ID #: | **-***6043 | Checking Acct #: | ******1913 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Checking Account |
| For Period Beginning: | 10/7/2013 | Blanket bond (per case limit): | $1,000,000.00 |
| For Period Ending: | 11/19/2018 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 03/04/2014 | ( 1) | Energico Production, Inc. | Debtor in Possession Bank Account Funds | 1129-000 | $237,800.88 | | $237,800.88 |
| 04/07/2014 | | First National Bank - Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $219.88 | $237,581.00 |
| 05/07/2014 | | First National Bank - Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $244.14 | $237,336.86 |
| 06/06/2014 | | First National Bank - Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $252.02 | $237,084.84 |
| 07/08/2014 | | First National Bank - Vinita | Bank Service Fee | 2600-000 | | $243.62 | $236,841.22 |
| 08/07/2014 | | First National Bank - Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $251.50 | $236,589.72 |
| 09/08/2014 | | First National Bank - Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $251.23 | $236,338.49 |
| 10/07/2014 | | First National Bank - Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $242.87 | $236,095.62 |
| 11/07/2014 | | First National Bank - Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $250.70 | $235,844.92 |
| 12/05/2014 | | First National Bank - Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $242.36 | $235,602.56 |
| 01/08/2015 | | First National Bank - Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $250.16 | $235,352.40 |
| 02/06/2015 | | First National Bank - Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $249.92 | $235,102.48 |
| 03/06/2015 | | First National Bank - Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $225.48 | $234,877.00 |
| 04/07/2015 | | First National Bank - Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $249.39 | $234,627.61 |
| 05/07/2015 | | First National Bank - Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $241.11 | $234,386.50 |
| 06/05/2015 | | First National Bank - Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $248.88 | $234,137.62 |

**SUBTOTALS**     $237,800.88     $3,663.26

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| **Case No.** | 13-44633-MXM | | | **Trustee Name:** | Areya Holder Aurzada |
|---|---|---|---|---|---|
| **Case Name:** | ENERGICO PRODUCTION, INC. | | | **Bank Name:** | First National Bank - Vinita |
| **Primary Taxpayer ID #:** | **-***6043 | | | **Checking Acct #:** | ******1913 |
| **Co-Debtor Taxpayer ID #:** | | | | **Account Title:** | Checking Account |
| **For Period Beginning:** | 10/7/2013 | | | **Blanket bond (per case limit):** | $1,000,000.00 |
| **For Period Ending:** | 11/19/2018 | | | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| 07/07/2015 | | First National Bank - Vinita | Bank Service Fee | 2600-000 | | $240.59 | $233,897.03 |
| 08/07/2015 | | First National Bank - Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $248.36 | $233,648.67 |
| 09/08/2015 | | First National Bank - Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $248.10 | $233,400.57 |
| 10/07/2015 | | First National Bank - Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $239.85 | $233,160.72 |
| 11/06/2015 | | First National Bank - Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $247.58 | $232,913.14 |
| 12/07/2015 | | First National Bank - Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $239.34 | $232,673.80 |
| 01/08/2016 | | First National Bank - Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $247.07 | $232,426.73 |
| 02/05/2016 | | First National Bank - Vinita | Bank Service Fee | 2600-000 | | $246.81 | $232,179.92 |
| 02/11/2016 | | Integrity Bank | Transfer Funds | 9999-000 | | $232,179.92 | $0.00 |

| | | | | **SUBTOTALS** | $0.00 | $234,137.62 |
|---|---|---|---|---|---|---|

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 3  Exhibit 9

| Case No. | 13-44633-MXM | Trustee Name: | Areya Holder Aurzada |
|---|---|---|---|
| Case Name: | ENERGICO PRODUCTION, INC. | Bank Name: | First National Bank - Vinita |
| Primary Taxpayer ID #: | **-***6043 | Checking Acct #: | ******1913 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Checking Account |
| For Period Beginning: | 10/7/2013 | Blanket bond (per case limit): | $1,000,000.00 |
| For Period Ending: | 11/19/2018 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  |  |  | TOTALS: | | $237,800.88 | $237,800.88 | $0.00 |
|---|---|---|---|---|---|---|---|
|  |  |  | Less: Bank transfers/CDs | | $0.00 | $232,179.92 | |
|  |  |  | Subtotal | | $237,800.88 | $5,620.96 | |
|  |  |  | Less: Payments to debtors | | $0.00 | $0.00 | |
|  |  |  | Net | | $237,800.88 | $5,620.96 | |

**For the period of 10/7/2013 to 11/19/2018**

| | |
|---|---|
| Total Compensable Receipts: | $237,800.88 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $237,800.88 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $5,620.96 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $5,620.96 |
| Total Internal/Transfer Disbursements: | $232,179.92 |

**For the entire history of the account between 01/01/1900 to 11/19/2018**

| | |
|---|---|
| Total Compensable Receipts: | $237,800.88 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $237,800.88 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $5,620.96 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $5,620.96 |
| Total Internal/Transfer Disbursements: | $232,179.92 |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 13-44633-MXM | | Trustee Name: | Areya Holder Aurzada |
|---|---|---|---|---|
| Case Name: | ENERGICO PRODUCTION, INC. | | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***6043 | | Checking Acct #: | ******4633 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | DDA |
| For Period Beginning: | 10/7/2013 | | Blanket bond (per case limit): | $1,000,000.00 |
| For Period Ending: | 11/19/2018 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 02/11/2016 | | First National Bank - Vinita | Transfer Funds | 9999-000 | $232,179.92 | | $232,179.92 |
| 02/29/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $229.53 | $231,950.39 |
| 03/31/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $374.12 | $231,576.27 |
| 04/30/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $361.46 | $231,214.81 |
| 05/31/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $372.93 | $230,841.88 |
| 06/30/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $360.32 | $230,481.56 |
| 07/31/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $371.75 | $230,109.81 |
| 08/31/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $371.15 | $229,738.66 |
| 09/30/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $358.60 | $229,380.06 |
| 10/31/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $369.98 | $229,010.08 |
| 11/30/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $357.47 | $228,652.61 |
| 12/31/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $368.80 | $228,283.81 |
| 01/31/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $368.20 | $227,915.61 |
| 02/28/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $332.04 | $227,583.57 |
| 03/31/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $367.08 | $227,216.49 |
| 04/30/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $354.67 | $226,861.82 |
| 05/31/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $337.01 | $226,524.81 |
| 06/30/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $325.66 | $226,199.15 |
| 07/31/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $336.02 | $225,863.13 |
| 08/31/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $335.53 | $225,527.60 |
| 09/30/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $324.22 | $225,203.38 |
| 10/31/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $334.54 | $224,868.84 |
| 11/30/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $323.28 | $224,545.56 |
| 12/14/2017 | 5001 | David Campbell | Working Interest Owners' Funds | 8500-002 | | $100,000.00 | $124,545.56 |
| 12/31/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $271.28 | $124,274.28 |
| 01/31/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $184.61 | $124,089.67 |
| 02/28/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $166.50 | $123,923.17 |
| 03/12/2018 | 5002 | Areya Holder Aurzada | Attorney Fees | 3110-000 | | $3,705.00 | $120,218.17 |

SUBTOTALS  $232,179.92  $111,961.75

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 5     Exhibit 9

| | |
|---|---|
| **Case No.** | 13-44633-MXM |
| **Case Name:** | ENERGICO PRODUCTION, INC. |
| **Primary Taxpayer ID #:** | **-***6043 |
| **Co-Debtor Taxpayer ID #:** | |
| **For Period Beginning:** | 10/7/2013 |
| **For Period Ending:** | 11/19/2018 |

| | |
|---|---|
| **Trustee Name:** | Areya Holder Aurzada |
| **Bank Name:** | Independent Bank |
| **Checking Acct #:** | ******4633 |
| **Account Title:** | DDA |
| **Blanket bond (per case limit):** | $1,000,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 03/12/2018 | 5003 | Areya Holder Aurzada | Attorney Expenses | 3120-000 | | $97.86 | $120,120.31 |
| 03/31/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $180.63 | $119,939.68 |
| 07/11/2018 | 5004 | Areya Holder | Trustee Compensation | 2100-000 | | $10,140.04 | $109,799.64 |
| 07/11/2018 | 5005 | Areya Holder | Trustee Expenses | 2200-000 | | $466.90 | $109,332.74 |
| 07/11/2018 | 5006 | Sheldon Levy | Claim #: ; Amount Allowed: 6,047.50; Distribution Dividend: 100.00; Account Number: ; | 3410-000 | | $6,047.50 | $103,285.24 |
| 07/11/2018 | 5007 | Sheldon Levy | Claim #: ; Amount Allowed: 95.75; Distribution Dividend: 100.00; Account Number: ; | 3420-000 | | $95.75 | $103,189.49 |
| 07/11/2018 | 5008 | Weycer, Kaplan, Pulaski & Zuber, PC | Claim #: ; Amount Allowed: 3,325.00; Distribution Dividend: 100.00; Account Number: ; | 3210-600 | | $3,325.00 | $99,864.49 |
| 07/11/2018 | 5009 | ERIC A. LIEPINS | Claim #: ; Amount Allowed: 5,067.00; Distribution Dividend: 100.00; Account Number: ; | 6210-160 | | $5,067.00 | $94,797.49 |
| 07/11/2018 | 5010 | ERIC A. LIEPINS | Claim #: ; Amount Allowed: 1,660.20; Distribution Dividend: 100.00; Account Number: ; | 6220-170 | | $1,660.20 | $93,137.29 |
| 07/11/2018 | 5011 | Weatherford International, Inc. | Claim #: 1; Amount Allowed: 661,000.00; Distribution Dividend: 3.71; Account Number: ; | 7100-000 | | $24,511.49 | $68,625.80 |
| 07/11/2018 | 5012 | Frost Bank, formerly The Frost National Bank | Claim #: 2; Amount Allowed: 578,547.78; Distribution Dividend: 3.71; Account Number: ; | 7100-000 | | $21,453.95 | $47,171.85 |
| 07/11/2018 | 5013 | Patterson-UTI Drilling Company LLC | Claim #: 3; Amount Allowed: 635,008.53; Distribution Dividend: 3.71; Account Number: ; | 7100-000 | | $23,547.65 | $23,624.20 |
| 07/11/2018 | 5014 | Baker Hughes Oilfield Operations, Inc. | Claim #: 4; Amount Allowed: 80,452.15; Distribution Dividend: 3.71; Account Number: ; | 7100-000 | | $2,983.36 | $20,640.84 |
| 07/11/2018 | 5015 | Basic Energy Services, LP | Claim #: 5; Amount Allowed: 31,305.41; Distribution Dividend: 3.71; Account Number: ; | 7100-000 | | $1,160.88 | $19,479.96 |
| 07/11/2018 | 5016 | Express Energy Services Operating, LP | Claim #: 6; Amount Allowed: 138,533.62; Distribution Dividend: 3.71; Account Number: ; | 7100-000 | | $5,137.16 | $14,342.80 |
| 07/11/2018 | 5017 | Catlin Lilard & Co. | Claim #: 7; Amount Allowed: 13,150.00; Distribution Dividend: 3.71; Account Number: ; | 7100-000 | | $487.63 | $13,855.17 |
| 07/11/2018 | 5018 | LVNV Funding, LLC its successors and assigns as | Claim #: 8; Amount Allowed: 2,017.82; Distribution Dividend: 3.71; Account Number: ; | 7100-000 | | $74.83 | $13,780.34 |
| | | | **SUBTOTALS** | | **$0.00** | **$106,437.83** | |

| Case No. | 13-44633-MXM | Trustee Name: | Areya Holder Aurzada |
|---|---|---|---|
| Case Name: | ENERGICO PRODUCTION, INC. | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***6043 | Checking Acct #: | ******4633 |
| Co-Debtor Taxpayer ID #: | | Account Title: | DDA |
| For Period Beginning: | 10/7/2013 | Blanket bond (per case limit): | $1,000,000.00 |
| For Period Ending: | 11/19/2018 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 07/11/2018 | 5019 | Cactus Well Service, Inc. | Claim #: 9; Amount Allowed: 271,504.04; Distribution Dividend: 3.71; Account Number: ; | 7100-000 | | $10,068.03 | $3,712.31 |
| 07/11/2018 | 5020 | Tolbert Leroy Hinton | Claim #: 10; Amount Allowed: 34,462.50; Distribution Dividend: 3.71; Account Number: ; | 7100-000 | | $1,277.95 | $2,434.36 |
| 07/11/2018 | 5021 | Curtis and Joanne Rives | Claim #: 11; Amount Allowed: 17,166.50; Distribution Dividend: 3.71; Account Number: ; | 7100-000 | | $636.58 | $1,797.78 |
| 07/11/2018 | 5022 | Jerry Rives and Iris Rives | Claim #: 12; Amount Allowed: 39,716.50; Distribution Dividend: 3.71; Account Number: ; | 7100-000 | | $1,472.78 | $325.00 |
| 07/11/2018 | 5023 | US Trustee | Claim #: 18; Amount Allowed: 325.00; Distribution Dividend: 100.00; Account Number: ; | 2950-000 | | $325.00 | $0.00 |
| 10/11/2018 | 5015 | STOP PAYMENT: Basic Energy Services, LP | Claim #: 5; Amount Allowed: 31,305.41; Distribution Dividend: 3.71; Account Number: ; | 7100-004 | | ($1,160.88) | $1,160.88 |
| 10/11/2018 | 5024 | Basic Energy Services, LP | Claim #: 5; Amount Allowed: 31,305.41; Distribution Dividend: 3.71; Account Number: ; | 7100-000 | | $1,160.88 | $0.00 |
| | | | TOTALS: | | $232,179.92 | $232,179.92 | $0.00 |
| | | | Less: Bank transfers/CDs | | $232,179.92 | $0.00 | |
| | | | Subtotal | | $0.00 | $232,179.92 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $0.00 | $232,179.92 | |

| For the period of 10/7/2013 to 11/19/2018 | | For the entire history of the account between 02/11/2016 to 11/19/2018 | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $232,179.92 | Total Internal/Transfer Receipts: | $232,179.92 |
| Total Compensable Disbursements: | $132,179.92 | Total Compensable Disbursements: | $132,179.92 |
| Total Non-Compensable Disbursements: | $100,000.00 | Total Non-Compensable Disbursements: | $100,000.00 |
| Total Comp/Non Comp Disbursements: | $232,179.92 | Total Comp/Non Comp Disbursements: | $232,179.92 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | | |
|---|---|---|---|
| **Case No.** | 13-44633-MXM | **Trustee Name:** | Areya Holder Aurzada |
| **Case Name:** | ENERGICO PRODUCTION, INC. | **Bank Name:** | Independent Bank |
| **Primary Taxpayer ID #:** | **-***6043 | **Checking Acct #:** | ******4633 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** | DDA |
| **For Period Beginning:** | 10/7/2013 | **Blanket bond (per case limit):** | $1,000,000.00 |
| **For Period Ending:** | 11/19/2018 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $237,800.88 | $237,800.88 | $0.00 |

**For the period of 10/7/2013 to 11/19/2018**

| | |
|---|---|
| Total Compensable Receipts: | $237,800.88 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $237,800.88 |
| Total Internal/Transfer Receipts: | $232,179.92 |
| | |
| Total Compensable Disbursements: | $137,800.88 |
| Total Non-Compensable Disbursements: | $100,000.00 |
| Total Comp/Non Comp Disbursements: | $237,800.88 |
| Total Internal/Transfer Disbursements: | $232,179.92 |

**For the entire history of the case between 02/21/2014 to 11/19/2018**

| | |
|---|---|
| Total Compensable Receipts: | $237,800.88 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $237,800.88 |
| Total Internal/Transfer Receipts: | $232,179.92 |
| | |
| Total Compensable Disbursements: | $137,800.88 |
| Total Non-Compensable Disbursements: | $100,000.00 |
| Total Comp/Non Comp Disbursements: | $237,800.88 |
| Total Internal/Transfer Disbursements: | $232,179.92 |

/s/ AREYA HOLDER AURZADA

AREYA HOLDER AURZADA